**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

IN RE: APPEAL OF SPRINGFIELD HOSPITAL
FOLIO NO. 42-00-06625-01

PETITION OF: PROSPECT CROZER, LLC

: No. 186 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.